SYLVIA GOLDBERG, Individually and as Administratrix of the Estate of MAX GOLDBERG, Deceased, Appellant, *v.* COLONIAL LIFE INSURANCE COMPANY OF AMERICA, Respondent.

Submitted April 25, 1955; decided April 28, 1955.

*Aaron Frank* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellant serves and files an undertaking on appeal and pays $10 costs and within twenty days files the return, in which events motion denied.